UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                      CASE NO: 6: 21-mj-1819

DARIUS MILES


ORDER SETTING
CONDITIONS OF RELEASE

**IT IS ORDERED** that the release of the defendant is subject to the following conditions and provision:

(1) The defendant **must not violate** any federal, state or local law while on release in this case.

(2) The defendant **must cooperate** in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant **shall not change residence** without advance approval from the Pretrial Services Office and must immediately advise the court, Pretrial Services Officer, defense counsel and the U.S. Attorney in writing of any change in address and/or telephone number.

(4) The defendant **must appear** at all proceedings as required and must surrender for service of any sentence imposed as directed. The defendant shall next appear in the United States Courthouse, 401 W. Central Boulevard, Orlando, FL 32801, in the Courtroom directed upon notice, or appear in the district in which the charge(s) were filed.

(5) The defendant **must report** as soon as possible to the Pretrial Services Officer any contact with law enforcement personnel, including but not limited to any questioning, traffic stop or arrest.

(6) The defendant **must refrain from any use of possession of a narcotic drug or other controlled substance listed in 21 U.S.C. § 802,** unless with prior written approval of the Pretrial Services Officer or as may be lawfully prescribed in writing by a licensed medical practitioner.

(7) Defendant **shall not** attempt to influence, intimidate, threaten, injure, tamper with, or retaliate against any juror, judicial officer, witness, victim, informant or family members thereof in this case.

AO 199A Order Setting Conditions of Release

(8) If ordered to comply with drug testing or location monitoring, the defendant **must refrain from tampering** with, obstructing, or attempting to obstruct or tamper, **with the efficiency and accuracy of any such testing or monitoring.**

(9) If ordered to surrender his or her passport, the defendant **must refrain from seeking any passport or travel documents.**

## ADDITIONAL CONDITIONS OF RELEASE

In order to reasonably assure the appearance of the defendant and the safety of other persons in the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below.

\_\_\_\_ **OWN RECOGNIZANCE**

[X] **\*PRETRIAL SUPERVISION:** Defendant shall be subject to Pretrial Supervision and shall report as directed by the Pretrial Service Office.

\_\_\_\_ **THIRD PARTY CUSTODIAN:** The defendant is placed in the custody of:

Name: _____

Who agrees to: (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
Custodian or Proxy

**FINANCIAL CONDITION:**

\_\_\_\_ **Unsecured Bond**: Upon defendant executing an unsecure bond binding the defendant to pay the United States the sum $_____ in the event of failure to appear as required or to surrender as directed for service of any sentence imposed.

\_\_\_\_ **Secured Bond:** Upon defendant providing a secured bond guaranteeing payment to the United States the sum of $_____ in the event of a failure to appear as required or to appear for service of any sentence imposed.

**FIREARMS AND WEAPONS:**

[X] **\*Refrain from having in the defendant's residence, or otherwise in the defendant's possession, any firearm, ammunition, destructive device, or other dangerous weapon.**

AO 199A Order Setting Conditions of Release

2

**EMPLOYMENT/EDUCATION:**
\_\_\_\_\_ Maintain or actively seek verifiable employment.
\_\_\_\_\_ Maintain or commence and education program.

**RESIDENCE AND TRAVEL:**
_X_ *Defendant's travel and residence is restricted to the Middle District of Florida and *travel restricted to the United States*, if applicable, the district where the charge is pending as necessary for court appearances.

**PASSPORT/TRAVEL DOCUMENTS:**
_X_ **Surrender** any passport.
\_\_\_\_\_ prior to release, or
\_\_\_\_\_ to Clerk, U.S. District Court, by 4:00 p.m. on _____ not to obtain any passport or travel document.

**LOCATION MONITORING:**
\_\_\_\_\_ *Defendant will participate in the **Location Monitoring program and abide by all the rules of the program, with:**
\_\_\_\_\_ global position satellite monitoring; or
\_\_\_\_\_ electronic monitoring;
and will pay all or part of the costs of electronic monitoring as determined by pretrial services:
\_\_\_\_\_ **Curfew:** You are restricted to residence everyday from _____ to _____, or as directed by the Pretrial Services Officer.
\_\_\_\_\_ **Home Detention**: **You are restricted to your residence at all times except for** employment; education, religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Officer.
\_\_\_\_\_ **Home Incarceration**: You are **restricted** to your residence at all times except for medical needs or treatment, religious services, meetings with counsel regarding this case, and court appearances pre-approved by the Pretrial Services Officer.
\_\_\_\_\_ **Stand Alone Monitoring**: You have no residential curfew, home detention, or home incarceration restrictions. However, you much comply with the location or travel restrictions as imposed by the court.
**Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

**PSYCHOLOGICAL:**
\_\_\_\_\_ **Participate in a psychiatric and/or mental health assessment/evaluation and/or treatment,** as directed by Pretrial Services Officer with costs to be borne by defendant, as determined by Pretrial Services Officer.

**ALCOHOL:**
\_\_\_\_\_ **Refrain from use** of alcohol.
\_\_\_\_\_ **Refrain from excessive use** of alcohol.

AO 1994A   Order Setting Conditions of Release

3

**DRUG TESTING AND TREATMENT:**
\_\_\_\_\_ **Submit to any** method of testing required by the Pretrial Services Officer or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
\_\_\_\_\_ **Participate in** a program of **inpatient or outpatient substance abuse testing, education and/or program if deemed advisable by Pretrial Services Officer** and pay a percentage of the fee as determined by Pretrial Services Officer.

**ADDITIONAL ADAM WALSH ACT CONTACT WITH MINORS:**
\_\_\_\_\_ **No contact with minors.**
\_\_\_\_\_ No contact with minors **without** a responsible adult present.

**COMPUTER/TECHNOLOGY RESTRICTIONS:**
**DEFENDANT'S RESIDENCE SHALL NOT HAVE OR CONTAIN:**
\_\_\_\_\_ Any internet service or provider; and
\_\_\_\_\_ Any **internet access device** (including but not limited to any computer, smart phone, hand-held computing device, or gaming console); and
\_\_\_\_\_ Any **medium capable of storing content from the internet** (for example, a flash drive, a compact disc, a floppy disk, and cloud based storage); and,
\_\_\_\_\_ **Encrypted data or content, or any device capable of encrypting** data or content.

**DEFENDANT SHALL NOT POSSESS OR USE:**
\_\_\_\_\_ **Any internet access device** (including, but not limited to any computer, smart phone, hand-held computing device, gaming console or Smart Television). This prohibition applies to all locations, whether public or private, such as libraries, internet cafes, your place(s) of employment, educational facilities or any other third-party locations; and
\_\_\_\_\_ **Any medium capable of storing content** from the internet (for example, a flash drive, a compact disc, a floppy disk and cloud based storage); and
\_\_\_\_\_ Encrypted data or content, or any device capable of encrypting data or content.

**AT WORK, NOTWITHSTANING THE FOREGOING, DEFENDANT:**
\_\_\_\_\_ **MAY:**
\_\_\_\_\_ **MAY NOT:**
use a computer at work solely for work purposes and shall not access any illegal or prohibited content. Defendant and his employer must permit routine inspection of the device or medium to confirm adherence to this condition. You must inform your employer and any other third party this condition might affect of this condition, including the inspection provision. The United States Pretrial Services Office must conduct any inspections in a manner no more intrusive than necessary to ensure compliance with this condition.

4

**IDENTIFICATION AND CREDIT:**
_____ Defendant shall not possess any identification document of a third-party, including but not limited to passport, social security cards, driver license.
_____ Defendant shall not apply for any new line or form of credit whatsoever without prior written approval from the Pretrial Services Officer.

**ADDITIONAL CONDITIONS:**

_____
_____
_____
_____
_____
_____
_____

**ADVICE OF PENALTIES AND SANCTIONS TO THE DEFENDANT:**
**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS.**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.
The commission of a Federal offense while on pretrial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony, or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.
Federal law makes it a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant, to retaliate or attempt to retaliate against a witness, victim or informant, or to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.
If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisonment not more than five years or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisonment not more

5

than two years or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year or both.

    A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

## ACKNOWLEDGEMNT OF DEFENDANT

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

6100 Cypress Hill Road
Address of Defendant

Winter Garden, FL 34787
City and State　　　　　　　　　Telephone

## DIRECTIONS TO THE UNITED STATES MARSHAL

[X] The defendant is **ORDERED** released after processing.

[ ] The United States Marshal is **ORDERED** to keep defendant in custody until notified by the Clerk or Judicial Officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: October 7, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies to:
Pretrial Services Office
Defendant
U. S. Marshal

6

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

-vs-   Case No. 21-MJ-1819

DARIUS MILES

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant for proceedings in this District in this case.

**FURTHER ORDERED** that the defendant is required to contribute $500 to the cost of this representation, payable to the Clerk of Court within 30 days from this date.

**DONE** and **ORDERED** in Orlando, Florida on October 7, 2021.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
United States Marshal
Asst. Federal Public Defender
Pretrial Services Office

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**
v.                                                              Case No. 6:21-1819

**DARIUS MILES**

AUSA: Dana Hill
Defense Atty.: Nicole Mouakar

| U.S. MAGISTRATE JUDGE | Gregory J. Kelly Courtroom 3C | | Oct. 7, 2021 2:18-2:28 = 10 mins |
|---|---|---|---|
| DEPUTY CLERK | Kim Anderson | RECORDING | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER | | PTS/PROB. | Juan Cabrera |

## CLERK'S MINUTES
## INITIAL APPEARANCE RULE 5C INDICTMENT/BOND HEARING
**DEFENDANT TAKEN INTO FEDERAL CUSTODY TODAY**

Case called, appearances made, procedural setting by Court
Parties advised of Due Process Protections Act
Dft advised of his rights
Dft requests appointment of counsel for today's hearing
Court will appoint FPD for todays hearing dft to contribute $500.00 to the cost of his representation due within 30 days of today's hearing
No issue as to identity
Gov summarizes charge(s)/penalties
Gov requests release on conditions as stated/Dft to report to charging district on 10/25 no time given
Dft responds regarding conditions/Dft disagrees regarding travel condition
Court responds to conditions
Court releases dft on conditions stated
Court adjourned

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

# U.S. District Court
# Middle District of Florida (Orlando)
# CRIMINAL DOCKET FOR CASE #: 6:21-mj-01819-GJK All Defendants

Case title: USA v. Miles

Date Filed: 10/07/2021
Date Terminated: 10/07/2021

Assigned to: Magistrate Judge Gregory J. Kelly

**Defendant (1)**

**Darius Miles**
*TERMINATED: 10/07/2021*

represented by   **Nicole Mouakar**
Federal Public Defender's Office
201 S Orange Ave., Ste 300
Orlando, FL 32801-3417
407-772-8851
Fax: 407/648-6765
Email: Nicole_Mouakar@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1349.F ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Dana Edward Hill** |
| | | US Attorney's Office - FLM* |
| | | Suite 3100 |
| | | 400 W Washington St |
| | | Orlando, FL 32801 |
| | | 407-648-7500 |
| | | Fax: 407-648-7643 |
| | | Email: dana.hill@usdoj.gov |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/07/2021 | 1 | Arrest pursuant to Rule 5(c)(2) of Darius Miles from the Southern District of New York. (KKA) (Entered: 10/07/2021) |
| 10/07/2021 | 2 | Minute Entry for In Person proceedings held before Magistrate Judge Gregory J. Kelly: Bond Hearing as to Darius Miles held on 10/7/2021, INITIAL APPEARANCE in Rule 5(c)(3) proceedings held on 10/7/2021 as to Darius Miles from the Southern District of New York. Appearance entered by Nicole Mouakar for Darius Miles on behalf of defendant. (digital) (KKA) (Entered: 10/07/2021) |
| 10/07/2021 | 3 | ***CJA 23 Financial Affidavit by Darius Miles. (KKA) (Entered: 10/07/2021) |
| 10/07/2021 | 4 | **ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Darius Miles Nicole Mouakar for Darius Miles appointed. Signed by Magistrate Judge Gregory J. Kelly on 10/7/2021. (KKA)** (Entered: 10/07/2021) |
| 10/07/2021 | 5 | **ORDER Setting Conditions of Release as to Darius Miles (1) See order. Signed by Magistrate Judge Gregory J. Kelly on 10/7/2021. (KKA)** (Entered: 10/07/2021) |
| 10/07/2021 | | NOTICE to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Darius Miles regarding your case number: 21CRIM603. Using your PACER account, you may retrieve the docket sheet and any documents via the case number link. No documents/record will be sent. If you require certified copies of any documents please send a request to InterdistrictTransfer_FLMD@flmd.uscourts.gov. If you wish the court to use a different email address in the future, please send a request to update your address to InterdistrictTransfer_TXND@txnd.uscourts.gov. (KKA) (Entered: 10/07/2021) |