USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -v-

Darius Miles,

                  Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21 -CR- 603 ( 11 ) ( VEC )

Defendant ___Darius Miles_____ hereby voluntarily consents to participate in the following proceeding via teleconference:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_____  
Defendant's Signature  
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Darius Miles**  
_____  
Print Defendant's Name

_____  
Defense Counsel's Signature

**Anna Estevao**  
_____  
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconferencing technology.

07/07/2022  
_____  
Date

_____  
U.S. District Judge/U.S. Magistrate Judge