USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/27/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
-against- :    21-CR-603 (VEC)
:
:                ORDER
DARIUS MILES, :
                    Defendant. :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 27, 2023, the parties requested that the Court schedule a change of plea hearing in this matter.

IT IS HEREBY ORDERED that Mr. Miles' change of plea hearing will be held on **Monday, March 6, 2023, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date:  February 27, 2023                                     _____
       New York, NY                                          **VALERIE CAPRONI**
                                                             **United States District Judge**