**SHER TREMONTE LLP**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/14/2023

March 13, 2023

**MEMO ENDORSED**

**BY ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Wahab, et al.*, 21-CR-603 (VEC)

Dear Judge Caproni:

For the reasons discussed with Your Honor's law clerk, we respectfully request that Darius Miles's change of plea hearing, currently scheduled for March 17, 2023, be adjourned *sine die*. The government consents to this request. We will provide an update on this matter on April 11, 2023.

Respectfully submitted,

/s/ Noam Biale
Noam Biale

Application GRANTED.

SO ORDERED.

[signature]
03/14/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE