UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2023
```

-----------------------------------------------------------------X
                                   :

UNITED STATES OF AMERICA            :

                                   :

            -against-                   :            21-CR-603 (VEC)

                                   :

DARIUS MILES,                        :                 <u>ORDER</u>
                       Defendant.     :

                                   :

-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on June 26, 2023, the parties appeared for a change of plea hearing; and

       WHEREAS Mr. Miles entered a plea of guilty to Count 1 of the Superseding Indictment

(S9), which was accepted by the Court.

       IT IS HEREBY ORDERED that Mr. Miles will be sentenced on **Tuesday, October 24,**

**2023, at 10:30 A.M.**  Pre-sentencing submissions are due no later than **October 10, 2023**.  The

sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse,

located at 40 Foley Square, New York, New York 10007.


**SO ORDERED.**

**Date: June 26, 2023**
**New York, NY**
                                      **VALERIE CAPRONI**
                                      **United States District Judge**