UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
                                          USDC SDNY
                                          DOCUMENT
                                          ELECTRONICALLY FILED
                                          DOC #:_____
                                          DATE FILED: 10/11/2023
```

-------------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,                           :
                                                    :
            -against-                               :          21-CR-603 (VEC)
                                                    :
                                                    :          ORDER
DARIUS MILES,                                       :
                            Defendant.              :
                                                    :
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS the sentencing hearing in this matter is scheduled for October 24, 2023, at

10:30 A.M.; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that Mr. Miles will be sentenced on **Monday, November 20,**

**2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square,

New York, New York, 10007.


**SO ORDERED.**

_____

**Date: October 11, 2023**                          **VALERIE CAPRONI**
      **New York, NY**                              **United States District Judge**